No. 281. THE OREGON RAILROAD & NAVIGATION COMPANY, PLAINTIFF IN ERROR, *v.* F. V. MARTIN, AS SOLE SURVIVING PARTNER, ETC. In error to the Supreme Court of the State of Oregon. Submitted for the plaintiff in error, May 2, 1913. Decided May 5, 1913. *Per Curiam.* Judgment reversed with costs on the authority of *C., R. I. &c. Ry. Co.* v. *Hardwick Elevator Co.*, 226 U. S. 426, and

cause remanded for further proceedings. *Mr. Maxwell Evarts* and *Mr. W. W. Cotton* for the plaintiff in error. No appearance for the defendant in error.